MITSUI & CO., LTD., MITSUI & CO. (U.S.A.) INC., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND FLORIDA WIRE & CABLE CO., DEFENDANT-INTERVENOR

Court No. 90–12–00633

(Dated April 22, 1997)

## JUDGMENT

### ORDER

MUSGRAVE, *Judge:* Upon consideration of the parties' satisfaction with the remand redetermination expressed verbally, and no written comments having been received by the Court, it is hereby

ORDERED that the U.S. Department of Commerce's remand redetermination is sustained in its entirety; and it is further

ORDERED that this action is dismissed.